1 MICHAEL P. MARTIN [SBN 190213]
2 FISCHBACH, PERLSTEIN, LIEBERMAN
  & ALMOND, LLP
3 1925 Century Park East, Suite 2050
4 Los Angeles, California 90067-2746
  Telephone: (310) 556-1956
5 Facsimile: (310) 556-4617
6 Email: mmartin@fpllaw.com

7 Attorneys for Plaintiff Amcor Industries, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCOR INDUSTRIES, INC. a/k/a GORILLA AUTOMOTIVE PRODUCTS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAFETY WEB PRODUCTS, INC., a California Corporation, and DOES 1-10.<br><br>Defendants. | Civil Action No. CV 12-8712-GW (MRWx)<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

Plaintiff Amcor Industries, Inc. ("Plaintiff") and Defendant Safety Web Products, Inc. (usually "Defendant") pursuant to Rule 41 of the Federal Rules of Civil Procedure respectfully request that the Court enter an Order dismissing without prejudice the entire action, including the claims and counterclaims asserted in this Action and retaining jurisdiction to enforce the terms of the settlement agreement. Each party shall bear its own attorney's fees and costs. A proposed form of Order is submitted herewith.

DATED: April 9, 2013

Respectfully submitted,

By: _____
JOHN COSTELLO
COSTELLO LAW CORPORATION

Attorneys for Defendant
Safety Web Products, Inc.

By: _____
MICHAEL P. MARTIN
FISCHBACH, PERLSTEIN,
LIEBERMAN & ALMOND, LLP
1925 Century Park East, Suite 2050
Los Angeles, CA 90067-2746

Attorney for Plaintiff
Amcor Industries, Inc.

REQUEST FOR DISMISSAL WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of ~~January~~ April, 2013 I electronically filed the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

John Costello - jcostello@costellolawcorp.com

*[signature]*