JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCOR INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAFETY WEB PRODUCTS, INC., et al., <br><br> Defendants. | Case No. CV 12-8712-GW(MRWx) <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: April 11, 2013

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT